## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JOHN CROMER, JR.,                )
                                 )
            Plaintiff,            )
                                 )
        v.                       )        Case No. 1:25-CV-120
                                 )
C.O. YOUNG,                      )
                                 )
            Defendant.           )

## MEMORANDUM ORDER

This action was received by the Clerk of Court on May 12, 2025. The matter was ultimately referred to Chief United States Magistrate Judge Richard A. Lanzillo, for report and recommendation in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

By Order dated November 24, 2025, Judge Lanzillo directed Plaintiff to file an amended complaint before December 15, 2025. ECF No. 7. The order warned that failure to comply could result in the dismissal of this action. Despite the warning, Plaintiff failed to file the amended complaint.

By Order dated January 9, 2026, Judge Lanzillo directed Plaintiff to show cause for his failure to file the amended complaint by January 30, 2026. ECF No. 8. Again, the order warned that the failure to file the amended complaint could result in the dismissal of this action and again, Plaintiff failed to do so.

1

By Report and Recommendation filed March 27, 2026, Judge Lanzillo recommended the dismissal of this action due to Plaintiff's failure to prosecute. ECF No. 12. As of today's date, no Objections have been filed.

Regardless of whether timely objections are made, district courts may accept, reject, or modify—in whole or in part—the magistrate judge's findings or recommendations. 28 U.S.C. § 636(b)(1); Local Rule 72(D)(2).

After *de novo* review of the complaint and all documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 21st day of April 2026;

IT IS ORDERED that this matter is dismissed due to Plaintiff's failure to prosecute this action.

AND, IT IS FURTHER ORDERED that the report and recommendation of Chief Magistrate Judge Lanzillo, issued on March 27, 2026 [ECF No. 12] is adopted as the opinion of the court.

/s/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
United States District Judge

2